AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV - 4 2024
ARTHUR JOHNSTON
BY ________ DEPUTY

Allen Johnson Jr.
*Petitioner*

v.

Hinds County Sheriff
Tyree Jones
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 3:24-CV-701-CWR-ASH
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Allen Johnson Jr.
   (b) Other names you have used: NONE
2. Place of confinement:
   (a) Name of institution: Hinds County Detention Center
   (b) Address: 1450 County Farm Rd Raymond Ms. 39154
   (c) Your identification number: 7700019096
3. Are you currently being held on orders by:
   ☐ Federal authorities ☒ State authorities ☐ Other - explain:
4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: N/A
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits) N/A

☒ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: N/A

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: Hinds County Circuit Court 407 E. Pascagoula st. Jackson MS. 39201

(b) Docket number, case number, or opinion number: Hinds County No: 18-0-145, 22-210

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Limitation of time For Retrial, and Process OF Motions, Procedural and statutory rules violated Appeals From Mississippi supreme Courts Appointment OF

(d) Date of the decision or action: Special Judges.

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Mississippi Supreme Court of Appeals and Hinds county circuit court

(2) Date of filing: See attached Page.

(3) Docket number, case number, or opinion number: NO: 2021-M-01399.

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not appeal: ______

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a second appeal: ______

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: N/A

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court: N/A

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

N/A

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: N/A

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☑ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result: N/A

(5) Date of result:

(6) Issues raised:

12. Other appeals

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: Habeas Corpus, Writ of Mandamus Memorandums.

(b) Name of the authority, agency, or court: Mississippi Supreme Court. Hinds County Circuit

(c) Date of filing: Dont Recall. Hind county / June 14, and July 9, 2024

(d) Docket number, case number, or opinion number: NO: 2021-M-1399

(e) Result: Dismissed No respond From Hinds County

(f) Date of result: None from Hinds County / Feb. 6 2024

(g) Issues raised: Speedy trial, a speedy retrial. Due Process violation. Case was a mistrial. Trial End December 14, 2022. This is "22" twenty two Months ago

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Petitioner is incarcerate 7 years and 1 month, and was given a 2 hundred Thousand dollar bond. After being in jail for (5) five years 3 Months. ON December 22, 2022

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The state assigned case to a special Judge her term end in January 2023. She requested judge Winston Kidd handle the. I wasn't allowed to attend the bond hearing. The bond is ecessive. The Special judge was assinged My case June 27, 2023. Judge Kidd had it on docket until the reassinging

(b) Did you present Ground One in all appeals that were available to you?

☑ Yes ☐ No

GROUND TWO: The Special Judges were assigned by the Mississippi Surpreme Court. Alleged to assist with the case load. There has been a lots Problems with the assinged Judges.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

There's been a lots of Controversy between the state and the Special Judges allegedly don't have a court, and there's No timeline to get one. The Courtrooms is what prevent The Petitioner from having a retrial or any other kind of results.

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☑ No

GROUND THREE: The situation between the judges having a courtroom has been going close to (2) two years.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

As told by the Panel of judge to first seek relief in Hinds County circuit court. Petitioner did so. June 14, 2024, July 9, 2024 case 22-210. The Hinds County Circuit Court never answer Pro'se litigants. So the relife sougth has fell to be responded to.

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☑ No

GROUND FOUR: The state Prosecutor according never filed for a New trial. Nothing was filed accept The Bond Motion by My attorney Damon Stevenson.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: According the Hinds County Circuit Clerks office the District attorney did not file anything Pretaining to a New trial. The time limitations has been excessive, and has been Prejudice. by the resulting delay's.

(b) Did you present Ground Four in all appeals that were available to you?

☑ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: The Matter Concerning the Special Judges. I've had to research, and gather information. The controversy between been a Problem and No Courtroom. It's No fault of the Petitioner.

**Request for Relief**

15. State exactly what you want the court to do: Issue A Mandate to dismiss Hinds County circuit cause Number 18-0-145 For Violation of Rights of the Constitutions, and on a defect in instituting the Prosecution. 7year and 2 Months is a Miscarriage of Justice. Im praying for due diligence. I also pray My rigts under the constitution Be Honored.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

Oct. 31, 2024

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: Oct. 31, 2024

Allen Johnson Jr.
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*